**Roya DIZAJI, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 04–73211.

Agency No. A75–492–340.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 1, 2005.*

Decided Aug. 4, 2005.

Jesse A. Moorman, Law Office of Judith L. Wood, Los Angeles, CA, for Petitioner.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, Ronald E. Lefevre, Chief Legal Officer, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Richard M. Evans, Patricia A. Smith, U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before O'SCANNLAIN, CALLAHAN and BEA, Circuit Judges.

MEMORANDUM**

Roya Dizaji, a native and citizen of Iran, petitions for review of the Board of Immigration Appeals' ("BIA") denial of her motion to reopen removal proceedings to allow her to apply for adjustment of status. We have jurisdiction under 8 U.S.C. § 1252. We deny the petition for review.

Dizaji failed to raise, and therefore waived, any challenge to the BIA's determination that her motion to reopen was not timely filed pursuant to 8 C.F.R. § 1003.2(c)(2). *See Martinez–Serrano v. INS,* 94 F.3d 1256, 1259 (9th Cir.1996).

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

We deny as moot Dizaji's request to hold these proceedings in abeyance.

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.